UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEITH JONES, | ) | No. CV 11-6374 PA (FFM) |
|           Petitioner, | ) ) ) | JUDGMENT |
|    v. | ) ) | |
| SUSAN HUBBARD, | ) ) | |
|           Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 24, 2012

                                              PERCY ANDERSON
                                       United States District Judge